[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-10481
Non-Argument Calendar
_____

D.C. Docket No. 3:11-cr-00055-MCR-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RIGOBERTO ROBLES-VELAZQUEZ,
a.k.a. Rigoberto Castillo,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(October 26, 2012)

Before DUBINA, Chief Judge, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Rigoberto Robles-Velazquez, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Robles-Velazquez's conviction and sentence are **AFFIRMED**.